# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 18cr10001 |
| v. | ) |
| | ) VIOLATIONS: |
| | ) |
| (1) KEVIN SMITH, | ) 21 U.S.C. § 846 -- |
| A/K/A "WORKS" | ) Conspiracy to Distribute Cocaine |
| (2) JAVONTE ROBINSON, | ) Base |
| A/K/A "BIGGIE" | ) |
| A/K/A "BIG DOG" | ) 21 U.S.C. § 841(a)(1) -- |
| | ) Distribution of Cocaine Base |
| | ) |
| | ) 21 U.S.C. § 860 -- Distribution |
| | ) of a Controlled Substance |
| | ) Within 1000 Feet of a Public |
| | ) Housing Facility |
| | ) |
| | ) 18 U.S.C. § 2 -- Aiding and |
| | ) Abetting |
| | ) |
| | ) 21 U.S.C. § 853 -- Criminal |
| | ) Forfeiture |

## INDICTMENT

**COUNT ONE:**      (21 U.S.C. § 846 -- Conspiracy To Distribute
                   Cocaine Base)

The Grand Jury charges that:

During a time unknown to the Grand Jury, but at least on or

about March 24, 2017 in Boston in the District of Massachusetts,

### KEVIN SMITH, A/K/A "WORKS," and
### JAVONTE ROBINSON, A/K/A "BIGGIE," A/K/A "BIG DOG,"

the defendants herein, did knowingly and intentionally conspire

and agree with each other to distribute cocaine base, a Schedule

II controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:       (21 U.S.C. §841(a)(1) - Distribution of Cocaine
                 Base; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury charges that:

On or about March 24, 2017 at Boston in the District of Massachusetts,

**KEVIN SMITH, A/K/A "WORKS," and
JAVONTE ROBINSON, A/K/A "BIGGIE," A/K/A "BIG DOG,"**

the defendants herein, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendants within one thousand feet of the real property comprising a housing facility owned by a public housing authority, more particularly, the Mildred C. Hailey Apartments in Boston, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

Upon conviction of the offenses alleged in Counts 1-2 of this Indictment,

**KEVIN SMITH, A/K/A "WORKS," and**
**JAVONTE ROBINSON, A/K/A "BIGGIE," A/K/A "BIG DOG,"**

the defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

4

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS                    January 3, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:02 p.m.
1/3/18

5