Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Javonte Robinson                **Case Number:** 18-CR-10001

**Name of Sentencing Judicial Officer:** Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** July 19, 2018

**Original Offense:** Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. § 846 and Distribution of Cocaine Base within 1000 Feet of a Public Housing Facility

**Original Sentence:** 366 days of custody followed by 72 months of supervised release

**Type of Supervision:** Term of Supervised Release        **Date Supervision Commenced:** November 21, 2018

---

### NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Standard Condition:** **You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release form imprisonment and at least two periodic drug tests thereafter as determined by the court.** |
| | On 11/26/18, 6/5/19, 10/8/19, 11/5/19, and 11/21/19, Mr. Robinson provided urine samples for drug testing. Laboratory analysis of the samples revealed that they were positive for marijuana. |
| II | **Violation of Criminal Monetary Penalties:** **At the time of Sentencing, Mr. Robinson was ordered to pay a $200 Special Assessment, payment due immediately in a lump sum.** |
| | To date, Mr. Robinson has failed to make any payments towards his $200 Special Assessment. |

U.S. Probation Officer Action: The probation officer followed up with Mr. Robinson about his drug test results, at which time Mr. Robinson admitted to the use of marijuana. Mr. Robinson advised that he is under a lot of stress and turns to marijuana as a stress reliever. Mr. Robinson participates in mental health counseling at the Martha Eliot Health Center. The probation officer reviewed the expectations around drug use advised that the Court would be notified of this noncompliance. As a result of his positive drug test, Mr. Robinson will remain in the urinalysis phase system in order to gauge whether his drug use continues to be a problem. Mr. Robinson will continue to participate in his treatment at the Martha Eliot Health Center and his progress will be monitored to determine whether a higher level of care is necessary. Given the nature of this noncompliance and the steps already taken, it is respectfully recommended that no formal judicial action is needed at this time. Should Mr. Robinson continue to test positive for illegal substances, or if he engages in any other noncompliant behavior, the Probation Office will notify the Court immediately.

Reviewed/Approved by:                                                    Respectfully submitted,

Prob 12A                                           -2-                        Report on Offender Under Supervision

*/s/ Christopher P. Moriarty*                                              */s/ Jennifer Dailey*
Christopher P. Moriarty                                                   Jennifer Dailey
Supervisory U.S. Probation Officer                                       U.S. Probation Officer
                                                                          1/6/2020

*No Response is necessary unless the court directs that additional action be taken as follows:*

[   ]   Approved
[   ]   Submit a Request for Modifying the Conditions or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

_____
The Honorable William G. Young
U.S. District Judge

_____
Date